UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JULIUS C. CLARK WILLIS #726262,

    Plaintiff,

v.

    File no: 2:17-CV-131

    HON. ROBERT J. JONKER

STEVE ADAMSON,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 24, 2019 (ECF No. 47). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 47) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Adamson's motion for summary judgment is **DENIED**.


Date:   October 16, 2019        /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE