UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JULIUS CLARK-WILLIS #726262,

       Plaintiff,

                                              File no: 2:17-CV-131

v.

                                              HON. ROBERT J. JONKER

STEVE ADAMSON,

       Defendant.

                                    /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 30, 2020 (ECF No. 67). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 67) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion to amend complaint (ECF No. 51) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 55) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion requesting oral argument (ECF No. 65) is **DENIED**.

This matter shall proceed on Plaintiff's First Amendment free exercise claim.

Date:   April 30, 2020               /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        CHIEF UNITED STATES DISTRICT JUDGE