UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JULIUS C. CLARKWILLIS,

    Plaintiff,

v.

    File no: 2:17-CV-131

    HON. ROBERT J. JONKER

STEVE ADAMSON,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 5, 2021 (ECF No. 84). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. ' 636(b)(1)(C).[1]

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 84) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Adamson's motion for summary judgment (ECF No. 76) is **GRANTED**, and this matter is **DISMISSED** for Plaintiff's failure to properly exhaust his grievance remedies.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

**IT IS FURTHER ORDERED** that Plaintiff is denied a certificate of appealability

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:   February 26, 2021            /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE

---

1 The Report and Recommendation was returned to the Court marked "Return to Sender. Not Deliverable as Addressed." A check of the MDOC website indicates Plaintiff was paroled on November 24, 2020. No forwarding address was provided by Plaintiff.